AO245D (Rev. 12/03) Judgment in a Criminal Case for Revocations
        Sheet 1

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| | (For Revocation of Probation or Supervised Release) |
| v. | |
| | Case Number:8:99-CR-451-T-24EAJ |
| MICHAEL RAY CLAYTON | USM Number: 38902-018 |
| _____/ | |

_____Dionja Dyer, AFPD_____
Defendant's Attorney

**THE DEFENDANT:**

____X____ admitted guilt to violation of conditions One and Two of the terms of supervision.
See below.

| | | |
|---|---|---|
| 1 | Failure to Answer Truthfully in violation of Condition Three of the Standard Conditions of Supervision | January 24, 2008 |
| 2 | Positive Urinalysis for Marijuana on January 21st, 2008 in violation of Condition Seven of the Standard Conditions of Supervision | January 24, 2008 |

The defendant is sentenced as provided in pages 2 through __2___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Judgment: March 4th, 2008

_Susan C. Buckle_ (signature)

SUSAN C. BUCKLEW
UNITED STATES DISTRICT JUDGE

Date _____March 4th, 2008_____

AO 245D (Rev. 12/03) Judgment in a Criminal Case for Revocation
    Sheet 2 - Imprisonment

DEFENDANT:  MICHAEL RAY CLAYTON     Judgment - Page __2__ of __2__
CASE NUMBER: 8:99-CR-451-T-24EAJ

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of *FIVE (5) MONTHS.  NO TERM OF SUPERVISED RELEASE TO FOLLOW.*

__X__ The Court makes the following recommendations to the Bureau of Prisons:

1.     Defendant serve term of imprisonment at FCI Coleman.

__X__ The defendant is remanded to the custody of the United States Marshal.

____ The defendant shall surrender to the United States Marshal for this district:

     ____ at _____ a.m.    p.m.   on _____.

     ____ as notified by the United States Marshal.

____ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

     ____ before 2 p.m. on _____.

     ____ as notified by the United States Marshal.

     ____ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at

_____ with a certified copy of this judgment.


                                        UNITED STATES MARSHAL

By    _____
                          DEPUTY UNITED STATES MARSHAL